**Chester Joe WILMES–QUERRY, Respondent,**

v.

**Stephanie Jean QUERRY, Appellant.**

**No. WD 75297.**

Missouri Court of Appeals, Western District.

June 25, 2013.

Ryan McMillin, Kansas City, MO, for appellant.

Michele Puckett–Burkhead, Cameron, MO, for respondent.

Before: GARY D. WITT, P.J., THOMAS H. NEWTON, and MARK D. PFEIFFER, JJ.

### ORDER

PER CURIAM:

Ms. Stephanie Jean Querry appeals from the trial court's judgment awarding $2,500 in attorney fees to Mr. Chester Joe Wilmes–Querry for the appeal of a modified dissolution decree.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).